UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN CHRISTOPHER COSTON,**

      Petitioner,

v.                                                              Case No: 6:24-cv-1272-JSS-DCI

**ALL CLAIMANTS AGAINST JOHN COSTON OR VESSEL ARISING OUT OF DECEMBER 27, 2023 INCIDENT INVOLVING THE EAU GALLIE CAUSEWAY RELIEF BRIDGE,**

      Claimant.

_____

ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Petitioner's Unopposed Motion for Entry of Order Approving Letter of Undertaking and Directing Issuance of Monition and Injunction (Doc. 10)** |
| **FILED:** | **July 29, 2024** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Petitioner filed a Complaint of Exoneration from or Limitation of Liability (Doc. 1) and a Motion for Entry of Order Approving Letter of Undertaking and Directing Issuance of Monition and Injunction (Doc. 10, the Motion). Petitioner filed his Complaint regarding a 2014 Hewes Redfisher 16, hull identification number HMCHA024E414 (the Vessel) pursuant to 46 U.S.C. § 30501 *et seq.* and Supplemental Rule F, for an incident which occurred at the Eau Gallie Causeway

Relief Bridge in the vicinity of Indian River Lagoon on the navigable waters of Indian Waters, in Brevard County, Florida on December 27, 2023 (the Incident).  Doc. 1 at 1.

Petitioner states that the value of Petitioner's interest in the Vessel does not exceed $20,100.00.  Doc. 10 at 2.  Petitioner has deposited with the Court a Letter of Undertaking by Progressive American Insurance Company, as surety, as security for the benefits of claimants in the amount of $22,512.00, with interest at 6 percent per annum from June 12, 2024, and costs, as required by the rules of this Court and by the law.  Doc. 10-2 at 2.

As a general matter, the Limitation Liability Act of 1851, 46 U.S.C. § 30501, *et seq*. allows a vessel owner to limit its liability for damages or injuries arising out of an accident that occurred on open waters.  *In the Matter of the: Complaint of Offshore of the Palm Beaches, Inc.*, 2012 WL 12872746, at *1 (M.D. Fla. March 27, 2012).  To this end, a vessel owner may file a complaint for limitation of liability within six months after receiving notice of a claim.  *See* Rule F.  Once the vessel owner initiates the action and posts security in accordance with 46 U.S.C. § 30511(b), a district court may "stay all proceedings against the owner and to direct all potential claimants to file their claims against the shipowner in the district court within a specified period of time."  *Offshore of the Palm Shores*, 2012 WL 12872746, at *2.

After due consideration, it is **ORDERED** that:

1. Petitioner's Motion to Approve Letter of Undertaking and Directing Issuance of Monition and Injunction (Doc. 10) is **GRANTED**;

2. The Letter of Undertaking (Doc. 10-2) deposited by Petitioner with the court for benefit of claimants, in the sum of $22,512.00, with interest and costs, as security for the amount or value of Petitioner's interest in the Vessel is hereby **APPROVED**;

3. This court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced to carry out the provisions of 46 U.S.C. §30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the Incident that occurred on or about December 27, 2023, referred to in the Complaint;

4. Notice is given that Petitioner has filed the complaint claiming the right to exoneration from liability or, in the alternative, limitation of liability for all claims arising from the incident on the Vessel that occurred on or about December 27, 2023, including but not limited to any claims that might arise as a result of said incident resulting in any injury or death or property damage;

5. As provided in Rule F, all persons having such claims must file them with the Clerk of this Court at the United States Courthouse, 401 West Central Boulevard, Orlando, Florida 32801 and serve them on or mail them to Petitioner's attorney **on or before October 19, 2024** or be defaulted. If any claimant desires to contest either the Petitioner's right to exoneration from liability or the right to limitation of liability, such claimant shall file and serve on Petitioner's attorney an answer to the complaint, so designated, or be defaulted;

6. Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in a newspaper of general circulation in the Brevard County area once a week for four (4) consecutive weeks prior to the date fixed for the filing of claims, and copies of the notice shall be mailed in accordance with Supplemental Rule F;

7. Any claimant desiring to contest the right of Petitioner to exoneration from liability or, in the alternative, the right of Petitioner to limitation of liability must file an answer to

the Complaint, as required by Rule F(5), and serve on or mail to Petitioner's attorney a copy; unless his claim has included an answer. Such answer must be filed **on or before October 19, 2024**;

8. The commencement or further prosecution of any and all actions or proceedings against Petitioner, the Vessel, or other property of Petitioner with respect to any claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of, or incident to, or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action as provided in Rule F(5); and

9. Service of this Order as a restraining order may be made within this district by delivering a copy to the person to be restrained, or their attorney, and in any other district by the United States Marshal for that district delivering a copy of this Order to the person to be restrained or their attorney.

**ORDERED** in Orlando, Florida on August 19, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE